UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTOINE DELANEY WILLIAMS,                    CIVIL NO. 10-3789 (MJD/SER)

     Petitioner,

v.                                                          **ORDER**

JOAN FABIAN, et al,
COMMISSIONER OF CORRECTIONS

     Respondents.

_____

     Antoine Delany Williams, *pro se*, #223159, MCF-Stillwater, 970 Pickett Street North, Bayport, MN 55003.

     Paul R. Scoggin, Esq., Hennepin County Attorney's Office, 300 S 6th Street, Suite C-2000, Minneapolis, MN 55487, and Matthew Frank, Esq., Minnesota Attorney General's Office, Suite 1800, 445 Minnesota Street 1800, Saint Paul, MN 55101, for Defendants.

_____

     The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that:

     1.     Petitioner's application for a writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1] is **DENIED;**

     2.     Respondents' Motions to Dismiss [Doc. Nos. 8 and 9] are **GRANTED;**

     3.     This action is **DISMISSED WITH PREJUDICE;** and

     4.     Petitioner is not granted a COA.

Dated:  July 15, 2011                    s/Michael J. Davis
                                                    Michael J. Davis
                                                    Chief Judge
                                                    United States District Court