## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Antoine Delaney Williams, | Civil No. 10-3789 (RHK/SER) |
| Petitioner, | **ORDER** |
| v. | |
| Joan Fabian, Commissioner of Corrections, John King, | |
| Respondents. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS ORDERED**:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

3. Respondents' Motions to Dismiss (Doc. Nos. 8 and 9) are **GRANTED**;

4. This action is **DISMISSED WITH PREJUDICE;** and

4. Petitioner is **NOT** granted a Certificate of Appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 28, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
